In the Matter of the Accounting of Catherine M. Mascher et al., as Trustees under the Will of John Ewald, Deceased, Appellants.

Grace E. Odom et al., Respondents.

Submitted January 17, 1944; decided January 20, 1944.

*Charles Margett* and *George I. Janow* for motions.
*David Michelsohn* opposed.
Motions denied, with ten dollars costs.